**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EKREM BABAC and MORGAN LAKOMIAK,**

**Plaintiffs,**

**v.** **Case No: 6:26-cv-00999-PGB-DCI**

**ATTORNEY GENERAL OF UNITED STATES, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, DIRECTOR OF UNITED STATES CITIZENSHIP SERVICES (USCIS) and ASSOCIATE DIRECTOR OF SERVICE CENTER OPERATIONS DIRECTORATE, UNITED STATES CITIZENSHIP SERVICES (USCIS),**

**Defendants.**
______________________________/

**ORDER**

This cause comes before the Court on Defendants Attorney General of United States, Secretary of Department of Homeland Security, Director of United States Citizenship Services, and Associate Director of Service Center Operations Directorate of the United States Citizenship Services' (collectively, the "**Defendants**") Motion to Dismiss. (Doc. 20 (the "**Motion**")). Plaintiffs Ekrem Babac and Morgan Lakomiak ("**Plaintiffs**") have failed to respond to the Motion, and the time to do so has passed. Plaintiffs have further failed to respond to the

Order to Show Cause by the Court.[1] (*See* Doc. 21). Pursuant to Local Rule 3.01(d), the Motion is subject to treatment as unopposed. Upon due consideration, the Motion will be granted.

Therefore, it is **ORDERED** and **ADJUDGED** that the Defendants' Motion to Dismiss (Doc. 20) is **GRANTED.** Accordingly, the Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on September 24, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

[1] The Court cautioned Plaintiffs that failure to respond would lead to the Motion being subject to treatment as unopposed, but still Plaintiffs failed to respond to the Motion or the Court's order.